**MEDIA SERVICES, INC., Plaintiff-counter-defendant—Appellant,**

v.

**John E. PETERSON; Jory Peterson Watkins & Smith, a professional corporation, Defendants-counter-claimants—Appellees.**

**Media Services, Inc., Plaintiff-counter-defendant—Appellee,**

v.

**John E. Peterson; Jory Peterson Watkins & Smith, a professional corporation, Defendants-counter-claimants—Appellants.**

Nos. 01–17366, 01–17553.
D.C. Nos. CV–00–05925–AWI/DLB, CV–00–05925–AWI.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 7, 2002.*

Decided Nov. 20, 2002.

Before HAWKINS, GRABER, and RICHARD C. TALLMAN, Circuit Judges.

ORDER**

The cross-appeal, No. 01–17553, is DISMISSED as moot. Costs are awarded to

the merits of her gender and age discrimination claims.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

direct-appeal Appellees/cross-appeal Appellants.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.